**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| A.B.C. LANDCLEARING AND DEVELOPMENT, INC. | Case No.: 6:11-bk-18039-ABB |
| and | |
| A.B.C. LANDCLEARING AND DEVELOPMENT, LLC, | Case No.: 6:11-bk-18041-ABB |
| Debtors. _____/ | |

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

COME NOW A.B.C. LANDCLEARING AND DEVELOPMENT, INC., a Florida corporation ("ABC INC"), as debtor and debtor-in-possession, and A.B.C. LANDCLEARING AND DEVELOPMENT, LLC, a Florida limited liability company ("ABC LLC"), as debtor and debtor-in-possession (collectively, "Debtors"), and hereby file this Chapter 11 Case Management Summary and state as follows:

**I.**
**Description of the Debtor's Business**

ABC INC is a land clearing and site development company that started in the early 1990's in Brevard County, Florida. Its principal office is in Cocoa, Florida. It is well known in Brevard County as one of the leading land clearing and site development companies in the County.

ABC LLC was founded in 2007 to complement the business of ABC INC as an administrative company to process payables/receivables and handle other administrative

matters. It has no significant assets other than accounts receivable and claims, and one (1) consolidated tax return is filed for both companies under the umbrella of ABC INC.

**II.**
**Location of the Debtors' Operations and Whether Leased or Owned**

The Debtors' operations are located at 1130 Peachtree Street, Cocoa, Florida 32922. This location is owned by ABC INC., subject to a mortgage in favor of SunTrust Bank.

**III.**
**Reasons for Filing Chapter 11**

These Chapter 11 cases were filed for purposes of reorganization and for the reasons set forth below.

The economy has slowed, and construction and site development business has softened. Additionally, ABC LLC has been unable to collect on a significant judgment obtained against Levon Enterprises, Inc. after it lost its construction lien on a job.

**IV.**
**List of Officers and Directors, if Applicable, and their Salaries and Benefits at the Time of Filing and During the One Year Prior to Filing**

| | | |
|---|---|---|
| James A. Goins | President and 100% owner of ABC INC | $     0.00 |
| James A. Goins | Manager of ABC LLC | $90,100.00 |

Mr. Goins does not receive any benefits from the Debtors, other than health insurance.

# V.
# Debtor's Annual Gross Revenues

2010 (ABC INC):  $   140,419.98

2010 (ABC LLC):  $2,111,555.47

2011 (ABC INC):  $       4,483.10 (thru 11/30/2011)

2011 (ABC LLC):  $   501,274.15 (thru 11/30/2011)

# VI.
# Amounts Owed to Various Classes of Creditors

As of November 30, 2011:

| SIGNIFICANT SECURED LENDERS | COLLATERAL | APRX. DEBT |
|---|---|---|
| SunTrust Bank (ABC INC) | Mortgage and lien on all assets | $ 430,000.00 |
| FCC Equipment Financing, Inc. (ABC INC) | Vehicles and land clearing equipment | $ 900,000.00 |
| Atlantic Mortgage Services, Inc. (ABC INC and ABC LLC) | Vehicles | $ 30,582.19 |

UNSECURED DEBT

Vendor Debt (ABC INC – appx.)                               $ 103,439.56

Vendor Debt (ABC LLC – appx.)                               $ 483,446.18

# VII.
# Obligations Owed to Priority Creditors
# Such as Governmental Creditors For Taxes

Brevard County Tax Collector (ABC INC)                      $   30,000.00

3

## VIII.
## General Description and Approximate
## Value of the Debtor's Current and Fixed Assets

| | |
|---|---|
| Principal place of business | $ 100,000.00 |
| Vehicles and Equipment | $ 700,000.00 |
| Cash and Accounts Receivable (ABC INC) | $ 3,500.00 |
| Cash and Accounts Receivable (ABC LLC) | $ 2,500.00 |

## IX.
## Number of Employees and Amounts
## of Wages Owed as of Petition Date

ABC INC has no employees, and ABC LLC has twenty-eight (28) employees, six (6) of which are officers/insiders.

## X.
## Anticipated Emergency Relief to be
## Requested Within 14 Days from Petition Date

Debtor will request permission to continue business operations, for joint administration, to pay pre-petition officers' and insider salaries, and to use cash collateral. Debtors were able to time payroll so that all employees will receive payment up to the date of filing so that no emergency motion to pay pre-petition wages to non-insider employees is necessary.

I HEREBY CERTIFY that a true and correct copy hereof was furnished by electronic notice or first class mail to A.B.C. Landclearing & Development, Inc., Debtor, 1130 Peachtree St., Cocoa, FL 32922; A.B.C. Landclearing & Development, LLC,

Debtor, 1130 Peachtree St., Cocoa, FL 32922; and the U.S. Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; this 1ST day of December, 2011.

                                                 /s/ Michael A. Paasch
                                               MICHAEL A. PAASCH
Florida Bar Number 852805
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Phone: 407-425-9044 / Fax: 407-423-2016
mpaasch@mateerharbert.com
Attorneys for Debtors

4845-9272-1934, v. 1